# LAW OFFICE OF SHABAN KOLECI
## 361 Victory Blvd.
## Staten Island, N.Y. 10301
Tel. 718 815-3380
Tel. 718-815-2855

<u>Of Counsel</u>
Steven W. Epstein, Esq.
Writers Direct (212) 927-2083

July 6, 2007

Corporation Counsel
100 Church Street
New York, New York 10007

The New York City Police Dept.
Attn: Legal Department
1 Police Plaza, New York, New York 10038

P.O. Iscovici,
120th precinct
78 Richmond Road
Staten Island, N.Y. 10304

**Re: Mullin/Quiros v. CNY et. al.**
**Docket #07 CV 4760  SDNY**

To Whom It May Concern:

Please be advised that to date, this office is not receipt of Answers with regard to the above referenced matter. Pursuant to Court's instruction, enclosed please find copies of the initial pretrial conference, civil case management plan and scheduling order, as well as the Judge's rules with regard to above referenced matter

If you have any questions, please contact the undersigned.

Very truly yours,

Steven W. Epstein, Esq.
LAW OFFICE OF SHABAN KOLECI

SWE/l
Enc.