UNITED STATES DISTRICT COURT
FOR THE ~~EASTERN~~ SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANDRE MULLIN and GABRIEL QUIROS           **AFFIDAVIT OF SERVICE**

                Petitioners,

   -against-
                                        DOCKET #: 07/CV4760

CITY OF NEW YORK, THE NEW YORK CITY
POLICE DEPARTMENT, and P.O. "JOHN"
ISCOVICI badge # 26836.

                Respondents.
------------------------------------------------------------X

STATE OF NEW YORK   )
                             SS:-
COUNTY OF RICHMOND  )

Re: MULLIN/QUIROS v. NYC, NYPD & and P.O. "JOHN"
ISCOVICI badge # 26836.

      STEVEN W. EPSTEIN, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside at 361 Victory Blvd., Staten Island, N.Y. 10301

      On June 7, 2007, at 9:43 a.m., I served a SUMMONS AND VERIFIED COMPLAINT, in the above referenced matter upon the defendant CITY OF NEW YORK by personally serving JERRY BRADSHAW, a person duly authorized to accept service of same, a 5', 9" "- 5' 11", black male, 165lbs.-185lbs., wearing glasses, bald, 45-55 years old, and duly authorized to accept service of same, at their place of business located at 100 Church Street, New York, New York.

                                                         _____
                                                         STEVEN W. EPSTEIN c/o
                                                         LAW OFFICE OF SHABAN KOLECI
                                                         361 Victory Blvd.
                                                          Staten Island, N.Y. 10301
                                                         (718) 815-3380

Sworn to before me on
this 17 day of August 2007

_____
NOTARY PUBLIC

ANTOINETTE N. OKECHUKWU
Notary Public, State Of New York
No. 05OK6095170
Qualified In Queens County
Commission Expires 7-7-20__