UNITED STATES DISTRICT COURT
FOR THE ~~EASTERN~~ DISTRICT OF NEW YORK
          SOUTHERN
-------------------------------------------------------X

ANDRE MULLIN and GABRIEL QUIROS         **AFFIDAVIT OF SERVICE**

                          Petitioners,

  -against-

                                                  DOCKET #: 07/CV4760

CITY OF NEW YORK, THE NEW YORK CITY
POLICE DEPARTMENT, and P.O. "JOHN"
ISCOVICI badge # 26836.

                         Respondents.
-------------------------------------------------------X

STATE OF NEW YORK   )
                                SS:-
COUNTY OF RICHMOND  )

Re: MULLIN/QUIROS v. NYC, NYPD & and P.O. "JOHN"
ISCOVICI badge # 26836.

     STEVEN W. EPSTEIN, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside at 361 Victory Blvd., Staten Island, N.Y. 10301

     On June 7, 2007, at 9:43 a.m., I served a SUMMONS AND VERIFIED COMPLAINT, in the above referenced matter upon the defendant THE NEW YORK CITY POLICE DEPARTMENT by personally serving LISA MOORE, a person duly authorized to accept service of same, a 5', 3"- 5' 6", black female, 145lbs.-165lbs., wearing glasses, black hair, 30-40 years old, and duly authorized to accept service of same, at their place of business located at 1 Police Plaza, New York, New York.

                                                       _____
                                                       STEVEN W. EPSTEIN c/o
                                                       LAW OFFICE OF SHABAN KOLECI
                                                     361 Victory Blvd.
                                                     Staten Island, N.Y. 10301
                                                     (718) 815-3380

Sworn to before me on
this ___ day of August, 2007

_____
NOTARY PUBLIC

     ANTOINETTE N. OKECHUKWU
     Notary Public, State Of New York
            No. 05OK6095170
       Qualified In Queens County
    Commission Expires 7-7-20__