AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_Southern_ DISTRICT OF _New York_

**APPEARANCE**

Case Number: _07CV4760_

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _Plaintiffs Andre Mullin + Gabriel Quillos_

I certify that I am admitted to practice in this court.

_8/22/07_
Date

_[signature]_
Signature

_Steven W Epstein_   _2683498_
Print Name   Bar Number

_31 Victory Blvd_
Address

_SI_   _NY_   _10033_
City   State   Zip Code

_212-927-2083_   _212-422-2111_
Phone Number   Fax Number