STATE OF NEW YORK        U.S. DISTRICT SOURTHERN        Date Filed: 6/5/07    Part #
COUNTY OF        NEW YORK        Invoice Work Order #    B18144    Room #
        Time:        Attnys File #

Attorney: A128 SHABAN KOLECI, 361 VICTORY BLVD.    STATEN ISLAND, NY 10301  (718) 815-2855

ANDRE MULLIN AND GABRIEL QUIROS

Plaintiff(s) Petitioner(s)

VS

CITY OF NEW YORK ET AL

Defendant(s) Respondent(s)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.

KENNETH E. SLOMAN, being duly sworn deposes and says: Deponent is not a party herein, is over 18 Years of age and resides in The State of NEW YORK

ON: July 18 2007    At 11:04 AM

At: 120TH PRECINCT, 78 RICHMOND TERRACE, STATEN ISLAND, NY

deponent served the within Summons and Complaint on: P. O. "JOHN" ISCOVICI BADGE #26836 CORRECT NAME IS DANIEL ISCOVICI   Witness/defendant/respondent therein named

**A. INDIVIDUAL** ☐ By Personally delivering to and leaving with said individual, and that he knew the person so served to be the person in said writ. (A fee of   pursuant to CPLR Section 8001, was tenderered to witness) and that he knew the person

**B. CORPORATION** ☐ By delivering to and leaving with   pursuant to CPLR Section 8001 So served to be the Managing Agent of the corporation, and authorized to accept service (A fee of   was tendered to witness)

**C. SUITABLE AGE PERSON** ☒ Service was made in the following manner after deponent was unable with due diligence to serve witness/defendant in person: By delivering a true copy of each to P.O. Dubitski #18061 a person of suitable age and discretion. Said premises is defendant/respondent ☒ actual place of business ☐ dwelling house (usual place of abode) within the state. (A fee of   pursuant to CPLR section 8001, was tendered to the witness.)

**D. AFFIXING TO DOOR** ☐ By affixing a true copy of each to the door of said premises, which is defendant/respondent/witness: ☐ actual place of business ☐ dwelling house (place of abode) within the state. (A fee of   pursuant to CPLR section 8001, was tendered to the witness.)

**E. MAILING Use with C or D** ☒ on July 19, 2007 deponent completed service by depositing a true copy of each document to the above address in 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.
☐ Last known residence
☒ Last known place of business (additional endorsement of Personal and Confidental on face of envelope.)
☐ RPAPL 735 An additional mailing by Certified Mail was made to the respondent at the premise sought to be recovered.

**PREVIOUS ATTEMPTS Use with D** ☐ Deponent previously attempted to serve the above named defendant/respondent on below dates and times:
on the   day of   year   at
on the   day of   year   at
on the   day of   year   at

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANTS IS AS FOLLOWS:

**G. DESCRIPTION** ☒ Sex: Male  Color of skin: White  Color of hair: Black  Age: 35  Height: 5'9"  Weight: 150
Other Features:

**MILITARY SERVICE** ☒ Deponent asked the person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not. Defendant wore ordinary civilian clothes and no military uniform.

Sworn to before me on July 23 2007

Notary

LOIS LUCIERE
NOTARY PUBLIC, State of New York
No. 01LU5055449
Qualified in Nassau County
Commission Expires 2/12/10

COUNTRYWIDE PROCESS SERVICE INC. PO. BOX 27 Cedarhurst, N.Y. 11516 (516) 374-5143 Fax (516) 374-5145

Server: KENNETH E. SLOMAN