UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
ANDRE MULLIN and GABRIEL QUIROS,

                    Plaintiffs,                NOTICE OF APPEARANCE

-against-

CITY OF NEW YORK, THE NEW YORK CITY POLICE      07-CV-4760 (GBD)
DEPARTMENT, and P.O. "John" Iscovici, badge # 26836,

                    Defendants.
------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that **Meghan Ann Cavalieri**, Assistant Corporation Counsel, should be substituted as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendants City of New York, The New York City Police Department and Police Officer Iscovici, having replaced Assistant Corporation Counsel Jennifer L. Rubin, effective January 22, 2008.

Dated: New York, New York
        January 22, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel
                                        of the City of New York
                                        Attorney for Defendant City of New York
                                        100 Church Street, Room 6-307
                                        New York, New York 10007
                                        (212) 788-6405

                          By:    */s/ Meghan Cavalieri*
                                        Meghan A. Cavalieri (MC 6758)
                                        Assistant Corporation Counsel
                                        Special Federal Litigation Division

To:    BY ECF and Fax
        Law Office of Shaban Koleci
        Shaban Koleci, Esq.
        Steven William Epstein, Esq.
        Attorneys for Plaintiffs
        361 Victory Blvd.
        Staten Island, NY 10301
        Fax: (212)-927-2083