THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

MEGHAN A. CAVALIERI
*Assistant Corporation Counsel*
Tel.: (212) 788-6405
Fax: (212) 788-9776

January 23, 2008

**SO ORDERED**

The conference is rescheduled to February 19, 2008 at 9:30 a.m.

*George B. Daniel* (signature)
HON. GEORGE B. DANIELS

JAN 2 4 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: JAN 2 4 2008

VIA FAX
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Andre Mullin, et al., v. City of New York, et al.</u> 07 CV 4760 (GBD)

Dear Judge Daniels:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and newly assigned attorney for defendants The City of New York, New York City Police Department and Police Officer Iscovici. This matter was previously handled by Assistant Corporation Counsel Jennifer Rubin, who is no longer with this office. I recently entered a notice of appearance in this matter and attempted to contact counsel to discuss this matter. I was contacted this morning by your chambers and was informed that a status conference is scheduled for 9:30 tomorrow in this matter. A review of the docket sheet did not reflect such. The undersigned informed Your Honor's law clerk that I have been unable to reach counsel and I was informed that the law clerk had similar difficulty when she attempted to contact counsel as well.

I therefore respectfully request: (1) an adjournment of the status conference scheduled for tomorrow at 9:30 a.m.; (2) a sixty (60) day extension of time from February 21, 2008 to April 21, 2008, within which this office may confer with counsel, further investigate the matter and complete discovery. The reason for this request is that I was just reassigned this case and I will need time to familiarize myself with the file, address outstanding discovery issues and proceed with the litigation.

The complaint alleges, inter alia, that plaintiffs Andre Mullin and Gabriel Quiros were falsely arrested, imprisoned, was subjected to excessive force. In addition to the City of New York and New York City Police Department, plaintiffs also name Police Officer John Iscovici as a defendant. It is my understanding that issue has been joined, and that discovery has commenced.

In view of the foregoing, it is respectfully requested that the Court grant the within requests, (1) granting an adjournment of the status conference scheduled for tomorrow, January 24, 2008 at 9:30 a.m., to a later date after counsel have conferred, and (2) granting defendants a sixty (60) day enlargement of time from February 21, 2008 to April 21, 2008 to complete discovery.

Thank you for your consideration in this regard.

Respectfully submitted,

*Meghan Cavalieri*

Meghan A. Cavalieri (MC 6758)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:  **VIA FAX and E-MAIL**
Law Office of Shaban Koleci
Steven William Epstein, Esq.
361 Victory Blvd.
Staten Island, NY 10301
Fax: (212)-927-2083

- 2 -