# LAW OFFICE OF SHABAN KOLECI
## 361 Victory Blvd.
## Staten Island, N.Y. 10301

Tel. 212-422-2110
Tel. 718-815-2855

Of Counsel
Steven W. Epstein, Esq
Writer's Direct (212) 422-2110

January 24, 2008

United States District Court
Southern District of New York
Honorable Judge Daniels
500 Pearl Street
New York, N.Y. 10007

Corporation Counsel
Attn: Meghan A. Cavalieri, Esq.
100 Church Street
New York, N.Y. 10007

**SO ORDERED**
The conference is rescheduled to
February 27, 2008 at 9:30 a.m.

*George B Daniels*
DANIELS
FEB 0 5 2008

Re: Mullin/Quiros v. City of New York Et. al.
Docket # 07 CV 4760 (GBD) (DFE)

To Whom It May Concern:

Pursuant to my conversation with the attorney for defendants in this matter, please be advised that this office is in receipt of this Court's Electronic Filing Notice, dated January 24, 2008. Pursuant to defense counsel's request, the Status Conference in this matter scheduled for January 24, 2008, has been adjourned until February 19, 2008, at 9:30 am.

Please be advised that I have been previously scheduled to appear for a pre-trial conference in the matter of Semini v. Kaboks, index #-39696/04, pending in the Supreme Court, Kings County, on February 19, 2008, at 9:30 am.

As such, it is respectfully requested that this Court reschedule the status conference in the instant matter for February 27, 2008, at 9:30 am.

Thank you for your consideration.

Very truly yours,

Steven W. Epstein, Esq

SWE
Enc.