UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ANDRE MULLIN and GABRIEL QUIROS,

                      Plaintiffs,

-against-

THE CITY OF NEW YORK, THE NEW YORK
POLICE DEPARTMENT, AND P.O. "John" ISCOVICI
badge #26836,

                      Defendants.

---------------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

07 CV 4760 (GBD)



    **WHEREAS**, plaintiffs commenced this action by filing a complaint on or about June 5, 2007, alleging that defendants violated their constitutional rights; and

    **WHEREAS**, defendants have denied any and all liability arising out of plaintiffs' allegations; and

    **WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

    1.    This above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

    2.    Defendant City of New York hereby agrees to pay plaintiff Andre Mullin the total sum of SEVEN THOUSAND FIVE HUNDRED DOLLARS ($7,500) in full satisfaction of all claims, including claims for costs, expenses and attorney fees and plaintiff Gabriel Quiros the total sum of TWENTY THOUSAND DOLLARS ($20,000) in full

satisfaction of all claims, including claims for costs, expenses and attorney fees. In consideration for the payment of this sum, plaintiffs agree to dismissal of all the claims against the City of New York and to release the individually named defendant Daniel Iscovici[1] and any present or former employees or agents of the New York City Police Department and the City of New York, from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiffs shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by the City of New York that it has in any manner or way violated plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

---

[1] In the caption of the complaint, Police Officer Daniel Iscovici was identified as "John" Iscovici.

- 2 -

Dated: New York, New York
       9/17, 2008

| | |
|---|---|
| Steven W. Epstein, Esq. | MICHAEL A. CARDOZO |
| Attorney for Plaintiff | Corporation Counsel of the |
| PO Box 929 | City of New York |
| New York, NY 10040 | Attorney for Defendants |
| (212) 422-2100 | 100 Church Street |
| | New York, NY 10007 |
| | (212) 788-6405 |
| By: *[signature]* | By: *[signature]* |
| Steven W. Epstein, Esq. (SE   ) | Meghan A. Cavalieri (MC 6758) |
| | Assistant Corporation Counsel |

SO ORDERED:
SEP 1 7 2008

*[signature]*
HON. GEORGE B. DANIELS

-3-